**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


**MARION EDWARDS,**

     **Plaintiff,**

**v.**                               **Case No.: 8:16-cv-334-T-35AAS**

**COCA-COLA REFRESHMENTS USA, INC.,**

     **Defendant,**

_____/


**ORDER**

     This cause is before the Court sua sponte.  On June 22, 2017, Plaintiff filed a Motion for Equitable Distribution of a Personal Injury Settlement ("Motion").  (Doc. 38).  Pursuant to 28 U.S.C. § 636, the Motion was referred to the undersigned to enter an order or submit a report and recommendation.  (Doc. 39).  The undersigned held a telephonic hearing to address the status of the unresolved balances with the remaining lienholders.  (*See* Doc. 49).  At the telephonic hearing, counsel for Plaintiff advised the undersigned that the liens of Cora Rehab, Next Image Medical a/k/a Palm Harbor MRI, Northwood Anesthesia, and Trinity Urgent Care a/k/a Suncoast Urgent Care could not be settled until Sedgwick Claims Management's ("Sedgwick") lien was settled.

     Plaintiff has since settled the dispute with Sedgwick regarding the amount of Sedgwick's lien.  (*See* Doc. 52).  Accordingly, the undersigned ordered Plaintiff to provide an update by November 13, 2017, as to what, if anything, remains for the Court to adjudicate in Plaintiff's Motion.  (*Id.*).  The Court then ordered Plaintiff to provide an update as to his Motion by November 22, 2017.  (Doc. 54).  The Court also advised Plaintiff that his failure to update the Court would

1

result in his Motion being denied as moot. Plaintiff's November 22nd deadline has passed, and he

failed to advise the Court as to what, if anything, is left for the Court to determine.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Equitable Distribution of a

Personal Injury Settlement is **DENIED AS MOOT**.

**DONE AND ORDERED** in Tampa, Florida on this 28th day of November, 2017.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge